## GENEVIEVE BEAUBIEN *versus* SMITH KNAPP

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Motion for affirmance *p. 352. *Journal 4:* (2) Rule to strike from docket MS p. 28.

PAPERS IN FILE: (1) Petition and affidavit for certiorari, allowance.
*1822–23 Calendar*, MS p. 84.